IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-25-0316 |
| .027 ACRES MORE OR LESS OF LAND ON AND BELOW A HORIZONTAL SUBTERRANEAN PLANE LOCATED BELOW 1705 NORTH FULTON AVENUE IN BALTIMORE CITY, MARYLAND 21217, et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

In this condemnation action, Amtrak, pursuant to 49 U.S.C. § 24311, has acquired subterranean land below the following properties: (1) 1705 North Fulton Avenue; (2) 1713 North Fulton Avenue; (3) 1715 North Fulton Avenue; (4) 1706 Westwood Avenue; and (5) 1641 McKean Avenue. The Court held a hearing regarding the just compensation for the properties and issued an Order setting the just compensation at $1,300 for 1705 North Fulton Avenue, 1713 North Fulton Avenue, 1706 Westwood Avenue, and 1641 McKean Avenue, and at $1,350 for 1715 North Fulton Avenue. (ECF No. 54.) Amtrak has deposited funds totaling $6,550, which have been held in an interest-bearing account in the registry of the Court. (*See* ECF No. 16.)

The Court concludes that it has jurisdiction over all appearing and non-appearing Defendants, given the nature of this action and that all Defendants have been served by Amtrak. (*See* ECF Nos. 36, 43 (status reports detailing service of process on Defendants).) Further, the time for filing motions for disbursement has passed. As provided in 49 U.S.C. § 24311(b)(4), "[o]n application of a party, the court may order immediate payment of any part of the amount

deposited in the court for the compensation to be awarded." Federal Rule of Civil Procedure 71.1(c)(4) provides that "[t]he court [] may order any distribution of a deposit that the facts warrant."

The only Defendant that has filed a Motion for Disbursement is the Mayor and City Council of Baltimore City (the "City"). (ECF No. 50.) The City seeks a disbursement of $6,550 plus accrued interest. (*Id.*) The City explains that it is the lienholder for unpaid liens on all five subject properties. (ECF No. 50-1.) It provides affidavits from Edward Scrivener, Delinquent Accounts Manager for the City of Baltimore Bureau of Revenue Collections of the Department of Finance, in which he attests that City records reflect that the following amounts are due and owing to the City with respect to each property as a result of, *inter alia*, tax sale certificates, real property taxes, environmental citations, and water bills: for 1705 North Fulton Avenue, $172,880.75 (ECF No. 50-2); for 1713 North Fulton Avenue, $31,601.30 (ECF No. 50-3); for 1715 North Fulton Avenue (ECF No. 50-4); for 1706 Westwood Avenue (ECF No. 50-5); and for 1641 McKean Avenue (ECF No. 50-6). The affidavits include documentation supporting these figures. (*See* ECF No. 50-2–50-6.) The Court finds that, upon the facts in the record, a distribution to the City of $6,550 and the accrued interest is appropriate.

Accordingly, it is ORDERED that:

1. The City's Motion for Disbursement of Funds (ECF No. 50) is GRANTED.

2. The Clerk is DIRECTED to issue and mail the following check to the City:

    a. $6,550 and the accrued interest, payable to the Director of Finance, and mailed to the attention of Thomas P.G. Webb, Esq., Baltimore City Law Department, 100 N. Holliday Street, City Hall – Room 101, Baltimore, Maryland 21202.

3. The Clerk is DIRECTED to CLOSE this case.

DATED this 20 day of August, 2025.

                            BY THE COURT:

                            /s/ James K. Bredar
                            James K. Bredar
                            United States District Judge